FILED
CHARLOTTE, N. C.
DEC 19 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| W. WELLS VAN PELT, JR.,<br><br>Plaintiff,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC.,<br><br>Defendant. | Case No.:<br>05CV447-K |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONFIRMATION OF ARBITRATION AWARD

Defendant UBS Financial Services Inc. ("UBS"), in opposition to plaintiff's Motion for Confirmation of Arbitration Award, incorporates by reference as if set forth in full herein (1) UBS' Answer and the affirmative defenses contained therein; (2) the grounds set forth in UBS' Motion to Vacate; and (3) UBS' memorandum of law with exhibits, which will be filed in further support of its Motion to Vacate.

**WHEREFORE**, defendant UBS Financial Services Inc. prays that this Court will deny plaintiff's Motion for Confirmation of Arbitration Award.

_/s/ Will O L Hutchinson_
George C. Covington
William O. L. Hutchinson
Erika A. Olson
KENNEDY COVINGTON LOBDELL &
HICKMAN, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, North Carolina 28202
Telephone: (704) 331-7400
Facsimile: (704) 353-3132
Attorneys for Defendant

2383376.01
LIB: CHARLOTTE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was this date served upon all known counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Andrew O. Whiteman
Hartzell & Whiteman, L.L.P.
2626 Glenwood Avenue, Suite 500
Raleigh, North Carolina 27608

Sarah G. Anderson
Clawson & Staubes, LLC
126 Seven Farms Drive, Suite 200
Charleston, South Carolina 29492-7595

Charles P. Murdter
1050 Connecticut Avenue
Suite 1000
Washington, DC 20036

Charlotte, North Carolina, this 19th day of December, 2005.

_____
William O. L. Hutchinson