# United States District Court
# For The Western District of North Carolina
# Charlotte Division

W. Wells Pelt Jr.,

    Plaintiff(s),

vs.

UBS Financial Services Inc,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv477

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/12/07 Order.

Signed: October 12, 2007

Frank G. Johns, Clerk
United States District Court